**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6377**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

SERGIO LOPEZ REYNA, a/k/a La Cra,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:13-cr-00205-D-1)

Submitted:  May 23, 2019                                      Decided:  May 29, 2019

Before KING and RICHARDSON, Circuit Judges, and SHEDD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Sergio Lopez Reyna, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sergio Lopez Reyna pled guilty to carjacking and aiding and abetting, in violation of 18 U.S.C. §§ 2119(1), 2 (2012), and brandishing a firearm in furtherance of a crime of violence and aiding and abetting, in violation of 18 U.S.C. §§ 924(c)(1)(A)(ii), 2 (2012). He received a 171-month sentence. In May 2015, we affirmed Reyna's criminal judgment on direct appeal. *United States v. Reyna*, 611 F. App'x 124, 127 (4th Cir. 2015) (No. 14-4663). Reyna has now filed a second notice of appeal of the same criminal judgment. Because we previously affirmed this criminal judgment, we dismiss the appeal as duplicative. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

*DISMISSED*